UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-61 |
| LLOYD J. BADEAUX | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

### ORDER AND REASONS

Defendant Lloyd J. Badeaux has submitted a pro se letter to the court, which I have construed as a motion to amend his judgment. Record Doc. Nos. 8 and 9. Specifically, Badeaux requests that his judgment be amended to reduce "the length of my probation period based on the facts [presented in his letter] and the fact that I never had a previous violation." The United States has filed a memorandum in opposition to Badeaux's request. Record Doc. No. 10. Having considered these materials, the record and the applicable law, **IT IS ORDERED** that Badeaux's request is **DENIED**.

As provided in 18 U.S.C. § 3564(c), probation may be modified or terminated "if [the court] is satisfied that such action is warranted by the conduct of the defendant and the interest of justice," but only after consideration of the factors set out in 18 U.S.C. § 3553(a). Those factors include but are not limited to promotion of respect for the law, deterrence of similar conduct, educating the defendant and the kinds and range of available sentences.

Considering these factors in the instant case, together with the reasons for probation modification advanced by defendant, I find that defendant's sentence should remain as previously imposed. At the guilty plea and sentencing hearing, I fully took into account the fact that defendant had no previous violations when I imposed a restrained fine and probationary period, despite the fact that the law provided that much more severe penalties were available and could have been imposed. The other reasons for reduction set out in defendant's letter were known to defendant at the time of sentencing but were not fully expressed by him at that time, when those he now accuses would have had an opportunity to respond. The information available to me at the sentencing hearing, much of which is now reiterated in defendant's letter, reflects that some in the outdoors and hunting community appear to believe that the violations to which defendant admitted guilt should not in fact be prohibited by the law. Yet, the underlying acts comprising these offenses clearly are prohibited. To now lessen the already restrained sentence of fine and probation previously imposed on defendant would undermine promotion of respect for this law, deterrence of future such conduct, and the education of those who erroneously think they might act otherwise, substituting in place of the law their own personal attitudes concerning whether these animals should be protected, despite the legal prohibition.

For all of these reasons, defendant's request for probation modification is denied, and the originally imposed sentence stands unaltered.

New Orleans, Louisiana, this ___20th___ day of August, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>CLERK TO NOTIFY</u>:

ASSISTANT UNITED STATES ATTORNEY SPIRO G. LATSIS

UNITED STATES PROBATION OFFICER CATHERINE HOLLINRAKE

STEPHEN CLARK, ATTORNEY FOR UNITED STATES FISH & WILDLIFE SERVICE

LLOYD BADEAUX
917 JACKSON STREET
THIBODAUX, LA  70301